UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24230-CV-WILLIAMS

ERICK ESCUTIA, individual and on behalf
of E.E., a minor,

    Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Omnibus Report and Recommendation (DE 65) ("***Report***") on Defendant Carnival Corporation's ("***Carnival***") Motion to Dismiss (DE 33) and Defendant Connelly Skis, LLC's ("***Connelly***") Motion to Dismiss (DE 36). In the Report, Magistrate Judge Goodman recommends the Court grant Carnival's and Connelly's Motion to Dismiss. (DE 65 at 2.) Specifically, the Report finds that Plaintiff's Complaint is an impermissible shotgun pleading that asserted conclusory allegations concerning Plaintiff's negligence claims and insufficient allegations concerning the Court's personal jurisdiction over Connelly. (*Id.* at 2–3.) Additionally, the Report finds that Mr. Escutia's individual claims are barred by the one-year statute of limitation period included in the passenger ticket contract and in conjunction with Counts IV, V, and VI should be dismissed with prejudice.[1] (*Id.* at 11–14, 32–36.) Plaintiff filed Objections to the Report (DE 69), to which Carnival and Connelly

---

[1] In addition to Plaintiff's individual claims, Plaintiff also brought claims in his representative capacity, on behalf E.E.

separately filed a Response (DE 78; DE 79). The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the objections, the record, and applicable law it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 65) is **AFFIRMED AND ADOPTED**.
2. Defendant Carnival Corporation's Motion to Dismiss (DE 33) and Defendant Connelly Skis, LLC's Motion to Dismiss (DE 36) are **GRANTED**.
3. Plaintiff's individual claims and Counts IV, V, and VI of Plaintiff's Complaint (DE 1) are **DISMISSED WITH PREJUDICE**. All remaining counts are **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff may file a first amended complaint that remedies the defects identified in the Complaint **WITHIN FIVE (5) DAYS** of the date of this Order. Plaintiff's first amended complaint shall be the last and final opportunity for Plaintiff to allege sufficient allegations to support his claims.
5. In light of this Order, Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint (DE 81) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 27th day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE